## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Danny Allen Stone,                      Civil No. 10-4664 (RHK/JJG)

           Plaintiff,                      **ORDER**

vs.

Cal Ludeman,

           Defendant.

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  November 22, 2010

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge