## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Danny Allen Stone, a/k/a Adnan Allen Fakaraldine Stone, | Civil No. 10-4664 (RHK/JJG) |
| Petitioner, | **ORDER** |
| v. | |
| Cal Ludeman, | |
| Respondent. | |

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS ORDERED:**

1. The Report and Recommendation (Doc. No. 25) is **ADOPTED**; and

2. The Petition for Writ of Habeas Corpus (Doc. No. 11) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 14, 2011

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge